UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARY DAWES, et. al., § § *Plaintiffs*, § § v. § § CITY OF DALLAS, et. al., § § *Defendants*. § § | Civil Action No. 3:17-CV-01424-X-BK |

### ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error [Doc. No. 88]. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the Magistrate Judge. The Court therefore **GRANTS** defendant City of Dallas's motion to dismiss plaintiffs Mary Dawes, Alfredo Saucedo, and Virgilio Rosales's (collectively, "plaintiffs") state law claims against defendant Christopher Hess [Doc. No. 14].

The Court further **GRANTS** plaintiffs' request to replead [Doc. No. 21] solely with regards to their failure to train claim against City of Dallas. Plaintiffs must file their amended complaint within 14 days of the issuance of this order. Lastly, the Court hereby administratively closes this case. The Court will reopen the case upon the filing of the amended complaint.

**IT IS SO ORDERED** this 28th day of July, 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE